

FILED
CLERK, U.S. DISTRICT COURT

AUG 23 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED

2005 AUG 22 PM 2: 20

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SYLAS BROWNRIDGE,

Defendant.

No. CR-04-425(C)-AHM

[PROPOSED] ORDER RE: DEFENDANT BROWNRIDGE'S UNOPPOSED APPLICATION FOR LATE FILING OF OPPOSITIONS TO GOVERNMENT'S MOTIONS *IN LIMINE* RE: USE OF RULE 404(b) EVIDENCE & INTRODUCTION OF DEFENDANT BROWNRIDGE'S PRIOR STATEMENTS

Having considered the Unopposed Application of Defendant Sylas Brownridge to permit late filing of his Oppositions to the Government's Motions *in Limine* re: Use of Rule 404(b) Evidence and re: Introduction of Brownridge's Prior Statements,

and GOOD CAUSE APPEARING,

it is hereby ORDERED that:

//

//

ENTERED

AUG 24 2005

1

[PROPOSED] ORDER RE: DEF. BROWNRIDGE'S UNOPPOSED APPLICATION FOR LATE FILING OF OPPOSITIONS

1    Defendant Sylas Brownridge shall be permitted to file his Oppositions to the

2    two aforementioned Government motions *in limine* no later than August 22, 2005.

3        IT IS SO ORDERED.

4

5    Dated: _____8\23\05_____        _____

6                                    THE HONORABLE A. HOWARD MATZ
                                     UNITED STATES DISTRICT COURT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   Submitted by:

24

25   _____

26   DARLENE M. RICKER

27   Counsel for Defendant,
     Sylas Glenn Brownridge
28

2

[PROPOSED] ORDER RE: DEF. BROWNRIDGE'S UNOPPOSED APPLICATION FOR LATE FILING OF OPPOSITIONS

PROOF OF SERVICE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 25019 Pacific Coast Hwy., Malibu, California 90265.

On August 21, 2005, I personally served the foregoing document described as:

**[PROPOSED] ORDER RE: DEF. BROWNRIDGE'S UNOPPOSED APPLICATION FOR LATE FILING OF OPPOSITIONS TO GOV. MOTIONS *IN LIMINE***

by hand-delivering a true copy to:

Elizabeth Yang
Garth Hire
Assistant U.S. Attorneys
1500 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

and by placing the document(s) listed above in a sealed envelope with first-class postage thereon fully prepaid, in the United States mail in the State of California at Malibu, addressed as follows:

Theresa A. Kristovich, Esq.
Gordon & Rees, LLP
633 West Fifth St., Ste. 4900
Los Angeles, CA 90071

DFPD Jesus Bernal
Office of Federal Public Defender
321 East Second Street
Los Angeles, CA 90012

David Reed, Esq.
3699 Wilshire Blvd, #850
Los Angeles, CA 90010

Philip Deitch, Esq.
P.O. Box 8025
Van Nuys, CA 91406

Executed on August 21, 2005, at Malibu, California. I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

DARLENE M. RICKER