# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Priority — Send ✓ — Enter — Closed — JS-5/JS-6 — JS-2/JS-3 — Scan Only

| Case No. | CR04-425(C)-AHM | Date | November 10, 2005 |
|---|---|---|---|

Present: The Honorable **A. HOWARD MATZ**

Interpreter: N/A

| Stephen Montes | Leslie A. King | Garth Hire/Rosella Oliver |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (4) Sylas Glenn Brownridge | ✓ | ✓ | | (4) Darlene Richer | ✓ | | ✓ |

**Proceedings:** (1) FURTHER PRE-TRIAL STATUS CONFERENCE
(2) CHANGE OF PLEA

__X__  Defendant moves to change plea to the Third Superseding Indictment.

__X__  Defendant sworn.

__X__  Defendant now enters a new and different plea of Guilty to Counts 1, 2, 3, 10, and 11 of the Third Superseding Indictment.

__X__  The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

__X__  The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **March 23, 2006, 2006 at 3:00 p.m.** for sentencing.

__X__  Court incorporates by reference the plea agreement onto the record of this hearing.

cc: USPO, PSA, USMO

Initials of Deputy Clerk  SMO



FILED ON JCMS
NOV 14 2005

232

CR-8 (06/04)      CRIMINAL MINUTES - CHANGE OF PLEA      Page 1 of 1