# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Priority  ✓
Send  ✓
Enter  ___
Closed  ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only  ___

Case No.   CR04-425(C)-AHM                                    Date   February 7, 2006

Present: The Honorable   A. HOWARD MATZ

Interpreter   N/A

| Stephen Montes | Leslie A. King | Elizabeth Yang |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (4) Sylas Glenn Brownridge | ✓ | ✓ | | Darlene Richer | ✓ | | ✓ |

**Proceedings:** HEARING ON *EX PARTE* APPLICATION FOR STATUS CONFERENCE RE: APPOINTMENT OF NEW COUNSEL FOR DEFENDANT SYLAS BROWN RE: WITHDRAWAL OF GUILTY PLEA [Filed 2/1/06]

Cause called; appearances made. Also present is Dana Cephas, panel-attorney, as potential new counsel for defendant Sylas Glenn Brownridge.

After Government is excused from the courtroom, the Court questions defendant and his attorney, Darlene Richer, about defendant's request for appointment of new counsel. The Court provisionally agrees to grant defendant's request if defendant Brandon Neal files a notice of non-opposition to the appointment.

The Court orders Ms. Richer to contact defendant Neal's attorney, Jesus Bernal, DFPD, in writing and ask him to meet with his client and to confirm that defendant Neal does not have an objection to a former DFPD being appointed to represent another defendant in this case. Defendant Neal is to notify the Court of his position in writing.

The Court also VACATES defendant Brownridge's March 22, 2006 sentencing date.



ENTER ON ICMS
FEB 10 2006

258

Initials of Deputy Clerk

cc: USPO

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1