UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

| Case No. | CR04-425(C)-AHM | Date | February 14, 2006 |
|---|---|---|---|

Present: The Honorable  A. HOWARD MATZ

Interpreter  N/A

| Stephen Montes | Not Reported | Not Present - Elizabeth Yang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond. | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (4) Sylas Glenn Brownridge | | ✓ | | Darlene Richer | | ✓ | |

**Proceedings:** (IN CHAMBERS)

After reviewing the parties' submissions regarding the possible conflict of interest, the Court hereby appoints Dana Cephas, panel-attorney, 1901 Avenue of the Stars, Suite 200, Los Angeles, California 90067, telephone number (310) 461-1441; facsimile number (310) 499-7010, as counsel of record for defendant Sylas Glenn Brownridge for all further proceedings.

ENTER ON ICMS
FEB 14 2006

Initials of Deputy Clerk  AMM

cc: PSA

CR-11 (09/98)   CRIMINAL MINUTES - GENERAL   Page 1 of 1